IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BEVERLY ANDERS, et al.           *

    Plaintiff                              *

v.                                              *        CIVIL ACTION NO.: 93-CV-2537

BAXTER HEALTHCARE CORP.    *
 et al.
                                                      *

    Defendants
                                                      *

*************************************************************************

## ORDER GRANTING MOTION FOR
## ADMISSION PRO HAC VICE OF LAURIE J. STERNBERG

    Before this Court is Defendants' Motion for an Order admitting Laurie J. Sternberg, Esquire, an attorney in the law firm of Brobeck, Phleger & Harrison, LLP, located at 1633 Broadway, 47th Floor, New York, New York 10019, as co-counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.

    For good cause shown, the Motion is GRANTED and the Clerk is directed to add Ms. Sternberg's name to that of all other counsel of record in this case.

    IT IS SO ORDERED, on this 24th day of April, 2000.

_____
JUDGE, United States District Court For the District of Maryland

cc: Robert Weltchek, Esquire
Stephen L. Snyder, Esquire
Sheldon Jacobs, Esquire
1829 Reisterstown Road
Suite 100
Baltimore, Maryland 21208

Barbara A. Milnamow, Esquire
Laurie J. Sternberg, Esquire
Brobeck, Phleger & Harrison, LLP
1633 Broadway, 47th Floor
New York, New York 10019
   Counsel for Baxter Healthcare
   Corporation and Baxter International
   Inc.

Jennifer L. Huesman, Esquire
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
   Counsel for Baxter Healthcare Corporation and
   Baxter International Inc.

269482

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _17th_ day of _April_, 2000 copies of this Motion for Admission Pro Hac Vice, along with the Proposed Order, were mailed first-class, postage prepaid, to:

Robert Weltchek, Esquire
Stephen L. Snyder, Esquire
Sheldon Jacobs, Esquire
1829 Reisterstown Road
Suite 100
Baltimore, Maryland 21208

                                  Jennifer L. Huesman, Bar No.: 24478
                                  Goodell DeVries Leech & Gray, LLP
                                  One South Street, 20th Floor
                                  Baltimore, Maryland 21202
                                  (410) 783-4000

**Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

269482