IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BEVERLY ANDERS, et al. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: 93-CV-2537 |
| BAXTER HEALTHCARE CORP. et al. | * | |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER GRANTING MOTION FOR
ADMISSION PRO HAC VICE OF BARBARA A. MILNAMOW**

Before this Court is Defendants' Motion for an Order admitting Barbara A. Milnamow, Esquire, an attorney in the law firm of Brobeck, Phleger & Harrison, LLP, located at 1633 Broadway, 47th Floor, New York, New York 10019, as co-counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.

For good cause shown, the Motion is GRANTED and the Clerk is directed to add Ms. Milnamow's name to that of all other counsel of record in this case.

IT IS SO ORDERED, on this 24th day of April, 2000.

_____
JUDGE, United States District Court For the District of Maryland

cc: Robert Weltchek, Esquire
Stephen L. Snyder, Esquire
Sheldon Jacobs, Esquire
1829 Reisterstown Road
Suite 100
Baltimore, Maryland 21208
  Counsel for Plaintiff

Barbara A. Milnamow, Esquire
Laurie J. Sternberg, Esquire
Brobeck, Phleger & Harrison, LLP
1633 Broadway, 47th Floor
New York, New York 10019
  Counsel for Baxter Healthcare
  Corporation and Baxter International
  Inc.

Jennifer L. Huesman, Esquire
Goodell, DeVries, Leech & Gray, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
  Counsel for Baxter Healthcare Corporation and
  Baxter International Inc.

269484