IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BEVERLY ANDERS, et al. | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO.: 93-CV-2537 |
| BAXTER HEALTHCARE CORP. et al. | * | |
| | * | |
| Defendants | * | |

**********************************************************************

### PRAECIPE (STRIKING THE APPEARANCES OF BRUCE R. PARKER, BARBARA A. MILNAMOW AND LAURIE STERNBERG)

Please strike the appearances of Bruce R. Parker, Barbara A. Milnamow and Laurie Sternberg as attorneys of record for Defendants Baxter Healthcare Corporation and Baxter International Inc., and retain the appearance of Bonnie J. Beavan as attorney of record for Baxter Healthcare Corporation and Baxter International Inc. The current full mailing address, telephone number and telecopier number for Ms. Beavan are set forth below:

Bonnie J. Beavan, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000 Telephone
(410) 783-4040 Fax

Approved this ___ day of ____ 2001

Marvin J. Garbis
United States District Judge

Respectfully submitted,

*[signature]*

Bonnie J. Beavan, Bar No. 09669
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
**Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of March, 2001, a copy of this Praecipe (Striking The Appearances Of Bruce R. Parker, Barbara A. Milnamow and Laurie Sternberg) was mailed first-class, postage prepaid, to:

Sheldon N. Jacobs, Esquire
Snyder, Weiner, Weltchek, Jacobs & Slutkin
Woodholme Center
1829 Reisterstown Road, Suite 100
Baltimore, Maryland 21208
**Attorneys for Plaintiff**

*[signature]*

Bonnie J. Beavan, Bar No. 09669
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
**Counsel for Defendants Baxter Healthcare Corporation and Baxter International Inc.**

320666

2