UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

March 31, 2003

Robert J. Weltchek, Esquire
Weiner and Weltchek
2330 W. Joppa Road, Suite 300
Lutherville, MD 21093

Carol A. Zuckerman, Esquire
The St. Paul Company
5801 Smith Avenue
Baltimore, MD 21209

Harry S. Johnson, Esquire
Whiteford, Taylor and Preston
Seven St. Paul Street, Suite 1400
Baltimore, MD 21202

Kevin M. Dinan, Esquire
King and Spalding
1730 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Robert Charles Bernius, Esquire
Nixon Peabody, LLP
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004-2128

Carolyn Williams, Esquire
Williams and Connelly, LLP
725 12th Street, N.W.
Washington, D.C. 20005

   Re: Beverly A. Anders, et al. v. Dow Corning Corporation, et al.
      Civil No. CCB-93-2537

Dear Counsel:

As you are aware, this case was recently reassigned to me. Please provide a status report by **April 14, 2003**.

Thank you.

                                                Sincerely yours,

                                                      /s/

                                              Catherine C. Blake
                                              United States District Judge